granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Francis A. Affronti, J.—Robbery, 2nd Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LEBRON, Appellant. [885 NYS2d 707]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Penny M. Wolfgang, J.—Attempted Promoting Prison Contraband, 1st Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR MANTILLA, Appellant, v JAMES T. CONWAY, Superintendent, Attica Correctional Facility, Respondent. [885 NYS2d 708]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Supreme Court, Wyoming County, Mark H. Dadd, A.J.—Habeas Corpus). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY OLIVER, Appellant. [885 NYS2d 706]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Stephen R. Sirkin, J.—Criminal Sale Controlled Substance, 3rd Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TIMOTHY THORSEN, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [885 NYS2d 708]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Supreme Court, Wyoming County, Mark H. Dadd, A.J.—Habeas Corpus). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC P. WILLIAMS, Also Known as PAUL WILLIAMS, Appellant. [885 NYS2d 708]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Criminal Possession Controlled Substance, 5th Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.